# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06mj5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TROY STEVEN MESSER. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Motion to Reconsider Detention in Light of New Information.  Having considered the government's Motion to Reconsider Detention in Light of New Information and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Reconsider Detention in Light of New Information is **GRANTED,** the previously Ordered release is **STAYED**, and the Clerk of this court is instructed to calendar this matter for rehearing as soon as all counsel or substitute counsel are available.

Signed: January 25, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge